UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMBROSIO VILLAGRANA,

        Plaintiff,

    v.

BEVERLY BAILEY, et al.,

        Defendants.

Case No. 22-cv-02618-JST

**ORDER OF DISMISSAL UPON SETTLEMENT**

Magistrate Judge Illman has advised the undersigned that this case has settled. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated:  March 25, 2026



JON S. TIGAR
United States District Judge